IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS DALE,

     Petitioner,

vs.                                  CASE NO. 4:08cv124-SPM/WCS

WALTER A. McNEIL, et al

     Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 7). Petitioner has filed an objection (doc. 8) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the objection, I have determined that the Report and Recommendation should be adopted.

In addition to the reasons for dismissal explained in the magistrate judge's Report and Recommendation, the Court notes that contrary to his protestations, Petitioner has not exercised the due diligence necessary for his limitations period to be tolled. Furthermore, Petitioner is not entitled to either an evidentiary hearing or the appointment of counsel in this case.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's Report and Recommendation (doc. 7) is

**ADOPTED** and incorporated by reference in this order.

2. Petitioner's § 2254 petition (doc. 1) is hereby **DISMISSED** as untimely.

DONE AND ORDERED this <u>third</u> day of July, 2008.


*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge